United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 09, 2013
Docket #: 12-2297pr
Short Title: Karron v. United States of America

DC Docket #: 11-cv-1874
DC Court: SDNY (NEW YORK CITY)
DC Judge: Patterson

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to . 212-857-8560