# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand and thirteen.

Before:      Denny Chin,
                  *Circuit Judge*.

_____

Daniel B. Karron,

  Petitioner-Appellant,

         v.

United States of America,

  Respondent-Appellee.

**ORDER**
Docket No. 12-2297

_____

    IT IS HEREBY ORDERED that the appellant's motion for an extension of time to file a motion for reconsideration is GRANTED to the following extent: the motion for reconsideration must be filed on or before May 29, 2013. This is the FINAL extension.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

