**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand thirteen.

Before: Denny Chin,
     *Circuit Judge*.

_____

Daniel B. Karron,

    Petitioner - Appellant,　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　　Docket No. 12-2297
    v.

United States of America,

    Respondent - Appellee.

_____

IT IS HEREBY ORDERED that the motion for leave to file a motion for reconsideration out of time is DENIED. To the extent appellant relies on recent developments in seeking relief, he is relying on matters outside the record, which he must present to the district court first.

          For The Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court