# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand and thirteen.

_____

Daniel B. Karron,

Petitioner-Appellant,

v.

United States of America,

Respondent-Appellee.

_____

**ORDER**
Docket No. 12-2297

     IT IS HEREBY ORDERED that the appellant's motion for reconsideration is DENIED as moot in light of the order filed June 7, 2013.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

